IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-00659-RPM

APARTMENT INVESTMENT AND MANAGEMENT COMPANY
a/k/a AIMCO, a Maryland corporation,

       Plaintiff,

v.

CANANWILL, INC., a Pennsylvania corporation, and
COMBINED SPECIAL INSURANCE COMPANY,
(f/k/a VIRGINIA SURETY COMPANY, INC.), an Illinois corporation,

       Defendants.
_____

ORDER OF DISMISSAL
_____

       Pursuant to the Stipulation of Dismissal (Doc. #51), filed by the parties on March

19, 2007, it is

       ORDERED that this action is dismissed with prejudice, each party to bear its

own costs.

       DATED: March 20th, 2007.

                       BY THE COURT:

                       s/Richard P. Matsch

                       _____

                       Richard P. Matsch, Senior District Judge